STATE v. JOHNSON

No. 400P86.

Case below: 81 N.C. App. 454.

Petition by the Attorney General for discretionary review under G.S. 7A-31 denied 9 July 1986. Petition by the Attorney General for writ of supersedeas and temporary stay denied 9 July 1986.

STATE v. LITTLE

No. 386P86.

Case below: 80 N.C. App. 687.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986. Petition by defendant for writ of supersedeas and temporary stay denied 26 June 1986.

STATE v. McLAURIN

No. 249PA86.

Case below: 80 N.C. App. 167.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1986. Petition by defendant for writ of supersedeas and temporary stay allowed upon reconsideration 14 July 1986.

STATE v. RAINES

No. 427P86.

Case below: 81 N.C. App. 299.

Petition by defendant for temporary stay allowed 15 July 1986.

STATE v. SHIELDS

No. 286P86.

Case below: 80 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.